**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**PEOPLE'S CHOICE HOME LOAN, INC.**                                         **PLAINTIFF**

**VERSUS**                                                                    **CIVIL ACTION NO. 4:05CV59-P-D**

**LATRENDA M. CITIZEN**                                                                        **DEFENDANT**

**ORDER**

This cause is before the Court on the plaintiff's Motion to Compel Arbitration [6-1]. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered contemporaneously herewith, the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all of the claims raised by Latrenda Citizen in the underlying state court litigation shall be submitted to arbitration, in accordance with the parties' agreement. IT IS FURTHER ORDERED that all proceedings in the case of <u>Price, et al v. People's Choice Funding, Inc.</u>, Civil Action No. 2004-0123, Circuit Court of Leflore County, Mississippi, are should be and hereby are STAYED insofar as they relate to Citizen's claims against People's Choice. IT IS FURTHER ORDERED that this action should be, and hereby is, DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this the 3rd day of February, 2006.

                                                                          /s/ W. Allen Pepper, Jr.
                                                                          W. ALLEN PEPPER, JR.
                                                                          UNITED STATES DISTRICT JUDGE