**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**PEOPLE'S CHOICE HOME LOAN, INC.**                                       **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 4:05CV59-P-D**

**LATRENDA M. CITIZEN**                                                 **DEFENDANT**

## **ORDER**

This cause is before the Court on the defendant's Motion to Stay [14-1]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion should be dismissed as moot in light of this Court's contemporaneous entry of a Memorandum Opinion and Order compelling arbitration.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Stay [14-1] should be, and hereby is, DISMISSED AS MOOT.

SO ORDERED, this the 3rd day of February, 2006.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE